# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00226-CV

**Steven Kanetzky, Appellant**

**v.**

**Teri Thomas Nunley, Appellee**

### FROM THE 33RD DISTRICT COURT OF BURNET COUNTY
### NO. 58377, THE HONORABLE J. ALLAN GARRETT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Steven Kanetzky has filed an unopposed motion to dismiss this appeal.

We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Gisela D. Triana, Justice

Before Justices Triana, Kelly, and Ellis

Dismissed on Appellant's Motion

Filed:   April 3, 2026